UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER BURTON,

                    Petitioner,

  -against-

WILLIAM PHILLIPS, Superintendent, Green Haven
Correctional Facility,

                    Respondent.
-------------------------------------------------------------------X

JUDGMENT
03-CV- 4955 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 17 2006 ★

BROOKLYN OFFICE

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 12, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       October 16, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court